CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

CRAIG D. MCMAHON (SBN: 97727)
craig.mcmahon@kts-law.com
KIMBALL, TIREY & ST. JOHN LLP
7676 Hazard Center Drive, Suite 900-B
San Diego, California 92108-4515
Telephone: (619) 231-1422
Facsimile: (619) 234-7692
Attorney for Defendant
SBTC Holdings, LLC

DICK A. SEMERDJIAN (SBN: 123630)
das@sscmlegal.com
SCHWARTZ SEMERDJIAN CAULEY & MOOT
101 West Broadway, Suite 810
San Diego, California 92101
Telephone: (619) 236-8821
Facsimile: (619) 236-8827
Attorney for Defendant
M & N Foods, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SBTC HOLDINGS, LLC, a Delaware Limited Liability Company; M & N FOODS, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 3:18-CV-519-CAB-NLS<br><br>**JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)** |

1

## MOTION

Pursuant to F.R.CIV.P. 41 (a)(1), the parties hereby apply to the court that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This motion is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 17, 2018     CENTER FOR DISABILITY ACCESS

                              By:   /s/ Phyl Grace
                                    Phyl Grace
                                    Attorneys for Plaintiff

Dated: September 17, 2018     KIMBALL, TIREY & ST. JOHN LLP

                              By:   /s/ Craig D. McMahon
                                    Craig D. McMahon
                                    Attorney for Defendant
                                    SBTC Holdings, LLC

Dated: September 17, 2018     SCHWARTZ SEMERDJIAN CAULEY & MOOT

                              By:   /s/ Dick A. Semerdjian
                                    Dick A. Semerdjian
                                    Attorney for Defendant
                                    M & N Foods, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Craig D. McMahon and Dick A. Semerdjian, counsel's for SBTC Holdings, LLC and M & N Foods, LLC, respectively, and that I have obtained Mr. McMahon's and Mr. Semerdjian's authorization to affix their electronic signature to this document.

Dated: September 17, 2018    CENTER FOR DISABILITY ACCESS

                               By:   /s/ Phyl Grace
                                       Phyl Grace
                                       Attorneys for Plaintiff