UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>        Plaintiff,<br><br>v.<br><br>SBTC HOLDINGS, LLC and M&N FOODS, LLC,<br><br>        Defendants. | Case No.: 18-CV-519-CAB-NLS<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 9] |

Upon consideration of the parties' joint motion to dismiss this case with prejudice, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.

It is **SO ORDERED**.

Dated:  September 18, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge